Inasmuch as no objection is pending at this time, the stay is lifted.

JUN - 6 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 21 2008

FILED
CLERK'S OFFICE

FILED
JUN 10 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION — MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-20)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 621 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

JUN - 6 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to
True Copy
DAVID A. DIMARZIO
By
Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**SCHEDULE CTO-20 - TAG-ALONG ACTIONS**

| DIST. | DIV. | C.A. # | CASE CAPTION | RHODE ISLAND CASE NUMBER |
|---|---|---|---|---|
| ARKANSAS WESTERN | | | | |
| ARW | 1 | 08-1029 | Betty Howell v. Davol, Inc., et al. | CA 08-2501 |
| MINNESOTA | | | | |
| MN | 0 | 08-1151 | Johnny James Smith v. Davol, Inc., et al. | CA 08-2502 |
| MN | 0 | 08-1169 | Donnie R. Gaült v. Davol, Inc., et al. | CA 08-2503 |
| MN | 0 | 08-1200 | John F. Robinson v. Davol, Inc., et al. | CA 08-2504 |
| MN | 0 | 08-1201 | Rosealee Gross v. Davol, Inc., et al. | CA 08-2505 |
| MN | 0 | 08-1202 | Paula McDonough v. Davol, Inc., et al. | CA 08-2506 |
| MN | 0 | 08-1204 | Bobbi Underdahl v. Davol, Inc., et al. | CA 08-2507 |
| MISSOURI WESTERN | | | | |
| MOW | 4 | 08-342 | Robert Roark v. Davol, Inc., et al. | CA 08-2508 |
| MOW | 4 | 08-343 | Nichole Rose v. Davol, Inc., et al. | CA 08-2509 |
| MOW | 4 | 08-344 | Sabrina Page v. Davol, Inc., et al. | CA 08-2510 |
| MOW | 4 | 08-345 | Chantal Anderson v. Davol, Inc., et al. | CA 08-2511 |
| MOW | 4 | 08-346 | Chris Bennett v. Davol, Inc., et al. | CA 08-2512 |
| MOW | 4 | 08-347 | Dante Ciuffa v. Davol, Inc., et al. | CA 08-2513 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-20)**

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street
2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Marie Bernarde Miller
GILL ELROD RAGON OWEN & SHERMAN PA
Metropolitan Tower
425 West Capitol Avenue
Suite 3801
Little Rock, AR 72201-2413

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-20)**

Hon. Harry F. Barnes
U.S. District Judge
United States District Court
P.O. Box 1735
El Dorado, AR 71731-1735

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Building
316 N. Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Patrick J. Schiltz
U.S. District Judge
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Fernando J. Gaitan, Jr.
Chief Judge, U.S. District Court
7552 Charles E. Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Robert E. Larsen
U.S. Magistrate Judge
6652 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. John T. Maughmer
U.S. Magistrate Judge
Charles Evans Whittaker U.S. Courthouse
7th Floor
400 East Ninth Street
Kansas City, MO 64106

Hon. Howard F. Sachs
Senior U.S. District Judge
Charles E. Whittaker U.S. Courthouse
7th Floor
400 E. 9th Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED CLERKS LIST (CTO-20)**

Christopher R. Johnson, Clerk
U.S. District Court
101 South Jackson, Room 205
P.O. Box 1566
El Dorado, AR 71730

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106